IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEMORRIS HILL, et al.** )<br>Defendant, ) | No. **23 CR 372-13**<br><br>Hon. Sharon Johnson Coleman |

*DEMORRIS HILL'S SUPPLEMENTAL MOTION MODIFY CONDITIONS OF BOND TO ALLOW HIM TO WORK*

DEMORRIS HILL, through counsel, respectfully requests that his conditions of release be modified to permit him to work. In support of this request, Mr. Hill, through counsel, states the following:

1. On May 22, 2024, co-counsel, Andrea E. Gambino filed Demorris Hill's Motion to Modify Conditions of Bond to Allow Him to Work. Dkt. 292.

2. In this motion, counsel seeks to adopt and supplement co-counsel's May 22, 2024 Motion, incorporating paragraphs (1) through (10). Dkt. 292.

3. When a person is released prior to trial, the conditions of release shall be set only when it is determined that they are necessary to ensure the defendant's appearance in court or will reasonably assure the safety of any other person or the community. 18 U.S. Code § 3142(c).

4. Additionally, conditions of release shall include the least restrictive means and be individualized. 18 U.S. Code § 3142(c)(1)(B).

5. Over the course of his home confinement, Mr. Hill has demonstrated his ability and his commitment to complying with this Court's orders. Mr. Hill has been granted movement on multiple occasions and has successfully abided by the regulations imposed on him.

6. This Court has granted Mr. Hill movement on multiple occasions since his release. Mr. Hill has been granted movement to go to the bank, attend a funeral, visit his newborn child in the hospital several times, and attend family gatherings. On each of these occasions, Mr. Hill has complied with the conditions of his release and abided by this Court's orders without incident.

7. Recent occasions where Mr. Hill has been granted movement are as follows:

    a. 10/13/2023: Mr. Hill was granted movement to go to the bank to have a check reissued and return home. Dkt. 203.

    b. 12/13/2023: Mr. Hill was granted movement to change his residence and go to the bank. Dkt. 229.

    c. 12/13/2023: Mr. Hill was granted permission to visit his children from 9:00 a.m. to 3:15 p.m. on Christmas day. Dkt. 229.

    d. 03/06/2024: Mr. Hill was granted movement to attend a funeral on March 7, 2024 from 11:00 a.m. to 2:00 p.m. Dkt. 266.

    e. 03/06/2024: Mr. Hill was granted movement to go to the mosque during Ramadan from March 10, 2024 to March 15, 2024. Dkt. 266.

8. Mr. Hill has had no issues with his pre-trial supervision since he has been released in July 2023, nearly a year now.

9. In order to maintain his business, Mr. Hill requests that his conditions of release be modified to home detention with the ability to work during business hours five days per week.

WHEREFORE, DEMORRIS HILL, through counsel, respectfully requests that this Court modify Mr. Hill's conditions of release to allow him to work.

                                                  Respectfully submitted,

                                                  /s/ Ari Williams
                                                  ARI WILLIAMS
                                                  Attorney for DEMORRIS HILL

**ARI WILLIAMS LAW, LLC**
**ARDC #6330633**
2150 s. Canalport
Chicago, IL 60608
ari@ariwilliams.com
Phone: (312) 639-7177

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on May 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that sent notification of such filing to the following:

Patrick Mott, Esq.
Chester Choi, Esq.
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Il 60604

and I hereby certify that I have mailed by United State Postal Service, or hand-delivered the document to the following non-CM/ECF participants: N/A.

DATE:    May 24, 2024           Respectfully submitted,

                                                By: s/Ari Williams
                                                Attorney for Demorris Hill

**ARI WILLIAMS LAW, LLC**
**ARDC #6330633**
2150 s. Canalport
Chicago, IL 60608
ari@ariwilliams.com
Phone: (312) 639-7177